FILED

2021 JUN 21  AM 8: 45

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA v. PLAINTIFF | CASE NUMBER: 2:21-mj-02891-DUTY |
|---|---|
| DARRELL ARNOLD AVISS DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 06/18/2021, 7:15am   ☑ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☑ No

4. Charges under which defendant has been booked:
   18 U.S.C. § 1343                                                                                       wire fraud

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: N/A

7. Year of Birth: 1958

8. Defendant has retained counsel:   ☐ No
   ☑ Yes   Name: Stephen K. Dunkle   Phone Number: 805-962-4887

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Ted A. Oehninger   (please print)

12. Office Phone Number: 310-420-5113        13. Agency: FBI

14. Signature: /s/ Ted A. Oehninger           15. Date: 06/21/2021

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION